**Order entered November 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01004-CR
No. 05-12-01005-CR

**QUENTARRIUS DEONTRAY BALDWIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-54128-W, F11-54133-W**

## ORDER

The supplemental clerk's records containing cost bills originally filed in these appeals did not comply with the Texas Code of Criminal Procedure. Therefore, on October 29, 2013, this Court ordered the Dallas County District Clerk to file, within seven days, supplemental clerk's records containing costs bills that that are signed by the officer who charged the costs or the officer entitled to receive payment for the costs. To date, we have not received the second supplemental clerk's records.

Accordingly, we **ORDER** Gary Fitzimmons, Dallas County District Clerk to file, by **DECEMBER 2, 2013**, supplemental clerk's records containing detailed itemizations of the costs assessed in the cases, including but not limited to, specific court costs, fees, and court appointed

attorney fees.  *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bills shall be signed by the officer who charged the costs or the officer who is entitled to receive payment for the costs.*

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/     LANA MYERS
        JUSTICE